STEVEN C. MITCHELL, ESQ., SBN 124644
ROBERT W. HENKELS, ESQ., SBN 225410
GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.
37 Old Courthouse Square, Fourth Floor
Santa Rosa, California  95404
Telephone:  707/545-1660
Facsimile:   707/545-1876

Attorneys for Defendants
CITY OF ROHNERT PARK and ROHNERT PARK
DEPARTMENT OF PUBLIC SAFETY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO DECTOR AND FLORIBERTO PEREZ OJEDA and all others similarly situated,,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF ROHNERT PARK, ROHNERT PARK DEPARTMENT OF PUBLIC SAFETY and DOES 1-5, inclusive,<br><br>Defendants. | CASE NO.:  C 13-0104 ~~DMR~~ RS<br>  ORDER<br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS CITY OF ROHNERT PARK AND ROHNERT PARK DEPARTMENT OF PUBLIC SAFETY TO RESPOND TO COMPLAINT; STIPULATION REQUESTING RESETTING OF CASE MANAGEMENT CONFERENCE** |

TO THIS HONORABLE COURT:

Pursuant to Northern District Local Rule 6-1, the parties, through their respective counsel, agree and stipulate as follows:

1. Defendants CITY OF ROHNERT PARK and ROHNERT PARK DEPARTMENT OF PUBLIC SAFETY filed a Motion to Dismiss plaintiffs PEDRO DECTOR and FLORIBERTO PEREZ OJEDA's Complaint on February 22, 2013.  In response, plaintiffs filed a First Amended Complaint on March 14, 2013.

2. The date currently set for defendants to respond to plaintiffs' First Amended Complaint is April 1, 2013.

2. To provide sufficient time for defendants to respond, the parties hereby agree and

LAW OFFICES OF
Geary,
Shea,
O'donnell,
Grattan &
mitchell
p.c.

stipulate that the time for defendants CITY OF ROHNERT PARK and ROHNERT PARK DEPARTMENT OF PUBLIC SAFETY to respond to plaintiffs' First Amended Complaint in the above titled case shall be extended to **April 16, 2013**.

3. This extension of time for defendants to respond does not alter the date of any event or deadline already fixed by this Court.

4. A Case Management Conference is currently set for April 11, 2013. The parties agree that the pleadings will not likely be settled by that time and that it is therefore advisable, in the interest of preserving the resources of the parties and the court, to reset that conference to a later date. The parties therefore propose that the Case Management Conference be reset to sometime in July or later so as to allow for any motions to be heard and the pleadings to be settled prior to any Rule 26 conference.

IT IS SO STIPULATED.

DATED: March 27, 2013

By  /s/ Mark T. Clausen
MARK T. CLAUSEN
Attorneys for Plaintiffs
PEDRO DECTOR and FLORIBERTO PEREZ OJEDA

DATED: March 27, 2013            GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.

By  /s/ Robert W. Henkels
ROBERT W. HENKELS
Attorneys for Defendants
CITY OF ROHNERT PARK and ROHNERT PARK DEPARTMENT OF PUBLIC SAFETY

**ORDER**

The Case Management Conference currently set for April 11, 2013 is reset to (date) ___July 18, 2013_____, at (time) __10:00 a.m.___ in Courtroom 3, 17th Floor of the U.S. District Court for the Northern District of California –San Francisco.  A Joint Case Management Conference Statement shall be filed seven (7) calendar days before the new date.

March 27, 2013                                    _____
                                                             United States District Court Judge