1  STEVEN C. MITCHELL, ESQ., SBN 124644
   ROBERT W. HENKELS, ESQ., SBN 225410
2  GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.
   37 Old Courthouse Square, Fourth Floor
3  Santa Rosa, California  95404
   Telephone:  707/545-1660
4  Facsimile:  707/545-1876

5  Attorneys for Defendants
   CITY OF ROHNERT PARK and ROHNERT PARK
6  DEPARTMENT OF PUBLIC SAFETY

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  PEDRO DECTOR AND FLORIBERTO PEREZ        CASE NO.:  C 13-0104 ~~DMR~~ RS
    OJEDA and all others similarly situated,,   ORDER
12                                            STIPULATION TO EXTEND TIME FOR
         Plaintiffs,                          DEFENDANTS CITY OF ROHNERT
13                                            PARK AND ROHNERT PARK
         v.                                   DEPARTMENT OF PUBLIC SAFETY TO
14                                            RESPOND TO COMPLAINT;
    CITY OF ROHNERT PARK, ROHNERT            STIPULATION REQUESTING
15  PARK DEPARTMENT OF PUBLIC SAFETY         RESETTING OF CASE MANAGEMENT
    and DOES 1-5, inclusive,                  CONFERENCE
16
         Defendants.
17

18

19  TO THIS HONORABLE COURT:

20         Pursuant to Northern District Local Rule 6-1, the parties, through their respective counsel,

21  agree and stipulate as follows:

22         1.      Defendants CITY OF ROHNERT PARK and ROHNERT PARK DEPARTMENT

23  OF PUBLIC SAFETY filed a Motion to Dismiss plaintiffs PEDRO DECTOR and FLORIBERTO

24  PEREZ OJEDA's Complaint on February 22, 2013.  In response, plaintiffs filed a First Amended

25  Complaint on March 14, 2013.

26         2.      The date currently set for defendants to respond to plaintiffs' First Amended

27  Complaint is April 1, 2013.

28         2.      To provide sufficient time for defendants to respond, the parties hereby agree and

LAW OFFICES OF
**Geary,
Shea,
O'donnell,
Grattan &
mitchell
P.C.**

1    stipulate that the time for defendants CITY OF ROHNERT PARK and ROHNERT PARK

2    DEPARTMENT OF PUBLIC SAFETY to respond to plaintiffs' First Amended Complaint in the

3    above titled case shall be extended to **April 16, 2013**.

4         3.       This extension of time for defendants to respond does not alter the date of any event

5    or deadline already fixed by this Court.

6         4.       A Case Management Conference is currently set for April 11, 2013.  The parties

7    agree that the pleadings will not likely be settled by that time and that it is therefore advisable, in

8    the interest of preserving the resources of the parties and the court, to reset that conference to a later

9    date.   The parties therefore propose that the Case Management Conference be reset to sometime in

10   July or later so as to allow for any motions to be heard and the pleadings to be settled prior to any

11   Rule 26 conference.

12        IT IS SO STIPULATED.

13   DATED:  March 27, 2013

14

15                                          By    /s/ Mark T. Clausen
                                                 MARK T. CLAUSEN
16                                               Attorneys for Plaintiffs
                                                 PEDRO DECTOR and FLORIBERTO PEREZ
17                                               OJEDA

18

19   DATED:  March 27, 2013               GEARY, SHEA, O'DONNELL, GRATTAN &
                                          MITCHELL, P.C.
20

21

22                                          By    /s/ Robert W. Henkels
                                                 ROBERT W. HENKELS
23                                               Attorneys for Defendants
                                                 CITY OF ROHNERT PARK and ROHNERT
24                                               PARK DEPARTMENT OF PUBLIC SAFETY

25

LAW OFFICES OF
26
**Geary,**
**Shea,**
**O'donnell,** 27
**Grattan &**
**mitchell**
**p.c.** 28

---

- 2 -

Stipulation to Extend Time for Defendants to Respond to Complaint and Resetting Case Management Conference

## <u>ORDER</u>

The Case Management Conference currently set for April 11, 2013 is reset to (date)
____ July 18, 2013 _____, at (time) __ 10:00 a.m. ___ in Courtroom 3, 17th Floor of the U.S.
District Court for the Northern District of California –San Francisco.  A Joint Case Management
Conference Statement shall be filed seven (7) calendar days before the new date.

March 27, 2013

_____
United States District Court Judge

Stipulation to Extend Time for Defendants to Respond to Complaint and Resetting Case Management Conference

LAW OFFICES OF
**Geary,**
**Shea,**
**O'donnell,**
**Grattan &**
**mitchell**
**P.C.**