IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PEDRO DECTOR and FLORIBERTO PEREZ OJEDA and all others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>CITY OF ROHNERT PARK, ROHNERT PARK DEPARTMENT OF PUBLIC SAFETY and DOES 1-5, inclusive,<br><br>        Defendants.<br>_____/ | No. 13-00104 RS<br><br>**ORDER TO SHOW CAUSE** |

Plaintiffs filed this class action on January 8, 2013. Plaintiffs' Second Amended Complaint, alleging a federal procedural due process claim in addition to various state law claims, was dismissed with leave to amend on July 22, 2013. *See* Dkt. No. 28. On August 9, 2013, plaintiffs notified the Court that they have elected not to amend their complaint further to state a viable federal claim. Federal courts generally decline to exercise supplemental jurisdiction over state law claims when no federal claim is asserted. *See Carnegie-Mellon Univ. v. Cohill*, 484 U.S. 343, 351 (1988) ("[I]n the usual case in which all federal-law claims are eliminated before trial, the balance of factors to be considered under the pendent jurisdiction

1 doctrine-judicial economy, convenience, fairness, and comity-will point toward declining to
2 exercise jurisdiction over the remaining state-law claims."). Plaintiffs are thus directed to show
3 cause as to why this Court should exercise supplemental jurisdiction over their state law claims
4 no later than **September 26, 2013**. Failure to so demonstrate shall result in the dismissal of this
5 matter without further notice.
6     IT IS SO ORDERED.

8 Dated: 8/12/13

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE